ORIGINAL

FILED
SEP 20 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

ADR

1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
   San Francisco, CA 94105-2994
3  Telephone:  (415) 268-2000
4  Facsimile:  (415) 268-1999
   Email:      matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   ELEKTRA ENTERTAINMENT GROUP INC.; BMG
7  MUSIC; CAPITOL RECORDS, INC.; MOTOWN
   RECORD COMPANY, L.P.; SONY BMG MUSIC
8  ENTERTAINMENT; INTERSCOPE RECORDS; and
   WARNER BROS. RECORDS INC.
9
10                  UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
11
12
13  ELEKTRA ENTERTAINMENT GROUP INC.,       CASE NO. C07-04863 BZ
    a Delaware corporation; BMG MUSIC, a New
14  York general partnership; CAPITOL          **CERTIFICATION OF INTERESTED**
    RECORDS, INC., a Delaware corporation;     **ENTITIES OR PERSONS**
15  MOTOWN RECORD COMPANY, L.P., a
16  California limited partnership; SONY BMG
    MUSIC ENTERTAINMENT, a Delaware
17  general partnership; INTERSCOPE RECORDS,
18  a California general partnership; and WARNER
    BROS. RECORDS INC., a Delaware
19  corporation,
                           Plaintiffs,
20
21        v.

22  JOHN DOE,
                           Defendant.
23
24
25
26
27
28

                                    1
Certification of Interested Entities or Persons
Case No.
#32638 v1

1   Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2   associations of persons, firms, partnerships, corporations (including parent corporations) or other
3   entities (i) have a financial interest in the subject matter in controversy or in a party to the
4   proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5   substantially affected by the outcome of this proceeding:

6   The following companies are parents of, or partners in Plaintiff ELEKTRA
7   ENTERTAINMENT GROUP INC.: WMG Acquisition Corp.; WMG Holdings Corp.; and Warner
8   Music Group Corp., of which only Warner Music Group Corp. is publicly traded. Warner Music
9   Group Corp. is publicly traded in the U.S.

10  The following companies are parents of, or partners in Plaintiff BMG MUSIC: Ariola
11  Eurodisc LLC; USCO Holdings Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.;
12  Bertelsmann Music Group; Bertelsmann, Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.;
13  Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is publicly traded. Sony
14  Corporation is publicly traded in the U.S.

15  The following companies are parents of, or partners in Plaintiff CAPITOL RECORDS, INC.:
16  Capitol-EMI Music Inc.; EMI Group North America Holdings, Inc.; EMI Group International BV;
17  EMI Group Holdings BV; EMI Group International Holdings Ltd.; EMI Group Worldwide Ltd.;
18  Virgin Music Group Ltd.; and EMI Group plc., of which only EMI Group plc. is a publicly traded
19  company. EMI Group plc. is publicly traded in the U.K.

20  The following companies are parents of, or partners in Plaintiff MOTOWN RECORD
21  COMPANY, L.P.: UMG Recordings, Inc.; UMG Manufacturing & Logistics, Inc.; Universal Music
22  Group Distribution, Corp.; Polygram Holding, Inc.; Universal Music Group, Inc.; Vivendi Holding I
23  Corp.; Vivendi Holdings Company; Vivendi Holding S.A.S.; SPC S.A.S.; and Vivendi S.A., of
24  which only Vivendi S.A. is publicly traded. Vivendi S.A. is publicly traded in France.

25  The following companies are parents of, or partners in Plaintiff SONY BMG MUSIC
26  ENTERTAINMENT: USCO Holdings Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.;
27  Bertelsmann Music Group; Bertelsmann, Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.;
28

Certification of Interested Entities or Persons
Case No.
#32638 v1

1  Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is publicly traded. Sony
2  Corporation is publicly traded in the U.S.
3      The following companies are parents of, or partners in Plaintiff INTERSCOPE RECORDS:
4  UMG Recordings, Inc.; PRI Productions, Inc.; Polygram Holding, Inc.; Universal Music Group,
5  Inc.; Vivendi Holding I Corp.; Vivendi Holdings Company; Vivendi Holding S.A.S.; SPC S.A.S.;
6  and Vivendi S.A., of which only Vivendi S.A. is publicly traded. Vivendi S.A. is publicly traded in
7  France.
8      The following companies are parents of, or partners in Plaintiff WARNER BROS.
9  RECORDS INC.: WMG Acquisition Corp.; WMG Holdings Corp.; and Warner Music Group
10 Corp., of which only Warner Music Group Corp. is publicly traded. Warner Music Group Corp. is
11 publicly traded in the U.S.
12
13 Dated: September 20, 2007     HOLME ROBERTS & OWEN LLP
14
15     By: _____
16     MATTHEW FRANKLIN JAKSA
    Attorney for Plaintiffs
17     ELEKTRA ENTERTAINMENT GROUP
    INC.; BMG MUSIC; CAPITOL
18     RECORDS, INC.; MOTOWN RECORD
    COMPANY, L.P.; SONY BMG MUSIC
19     ENTERTAINMENT; INTERSCOPE
    RECORDS; and WARNER BROS.
20     RECORDS INC.
21
22
23
24
25
26
27
28

3

Certification of Interested Entities or Persons
Case No.
#32638 v1