**ORIGINAL**

AO 121 (6/90)

| TO: | | |
|---|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

CLERK U.S. DISTRICT COURT
450 GOLDEN GATE AVE., BOX 36060
SAN FRANCISCO, CA 94102

| ☒ ACTION | ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Northern District of California |
|---|---|---|
| DOCKET NO.<br>C-07-4863-BZ | DATE FILED<br>9/20/2007 | |

| PLAINTIFF<br>ELEKTRA ENTERTAINMENT GROUP INC.; BMG MUSIC; CAPITOL RECORDS, INC.;<br>MOTOWN RECORD COMPANY, L.P.; SONY BMG MUSIC ENTERTAINMENT; INTERSCOPE<br>RECORDS; and WARNER BROS. RECORDS INC. | DEFENDANT<br>JOHN DOE |
|---|---|

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK<br>**RICHARD W. WIEKING** | (BY) DEPUTY CLERK<br>THELMA NUDO | DATE<br>9/20/2007 |

*U.S.G.P.O. 1982-374-279

Copy 1 – Upon initiation of action, mail this copy to Register of Copyrights.

## EXHIBIT A

## JOHN DOE

**IP Address:** 207.62.146.210 2007-04-22 21:19:05 EDT       **CASE ID#** 126428557

**P2P Network:** Gnutella                                     **Total Audio Files:** 277

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Eagles | Hotel California | Hotel California | N38950 |
| BMG Music | Foo Fighters | Learn To Fly | There Is Nothing Left To Lose | 285-034 |
| Capitol Records, Inc. | Everclear | Wonderful | Songs from an American Movie - Vol. 1, Learning How to Smile | 284-811 |
| Motown Record Company, L.P. | Rick James | Super Freak | Street Songs | 25-800 |
| Capitol Records, Inc. | Everclear | Father of Mine | So Much for the Afterglow | 181-328 |
| SONY BMG MUSIC ENTERTAINMENT | Journey | Faithfully | Frontiers | 43-223 |
| Capitol Records, Inc. | Pink Floyd | Comfortably Numb | The Wall | 14-787 |
| Interscope Records | Puddle of Mudd | She Hates Me | Come Clean | 301-465 |
| Warner Bros. Records Inc. | The Used | Blue And Yellow | The Used | 314-399 |
| SONY BMG MUSIC ENTERTAINMENT | Journey | Open Arms | Escape | 30-088 |

AO 121 (6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION   ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Northern District of California |
|---|---|
| DOCKET NO. | DATE FILED |

| PLAINTIFF<br>ELEKTRA ENTERTAINMENT GROUP INC.; BMG MUSIC; CAPITOL RECORDS, INC.; MOTOWN RECORD COMPANY, L.P.; SONY BMG MUSIC ENTERTAINMENT; INTERSCOPE RECORDS; and WARNER BROS. RECORDS INC. | DEFENDANT<br>JOHN DOE |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |||
|---|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK || AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 2 – Upon filing of document adding copyright(s), mail this copy to Register of Copyrights.

# EXHIBIT A

## JOHN DOE

**IP Address:** 207.62.146.210 2007-04-22 21:19:05 EDT         **CASE ID#** 126428557

**P2P Network:** Gnutella                                      **Total Audio Files:** 277

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Eagles | Hotel California | Hotel California | N38950 |
| BMG Music | Foo Fighters | Learn To Fly | There Is Nothing Left To Lose | 285-034 |
| Capitol Records, Inc. | Everclear | Wonderful | Songs from an American Movie - Vol. 1, Learning How to Smile | 284-811 |
| Motown Record Company, L.P. | Rick James | Super Freak | Street Songs | 25-800 |
| Capitol Records, Inc. | Everclear | Father of Mine | So Much for the Afterglow | 181-328 |
| SONY BMG MUSIC ENTERTAINMENT | Journey | Faithfully | Frontiers | 43-223 |
| Capitol Records, Inc. | Pink Floyd | Comfortably Numb | The Wall | 14-787 |
| Interscope Records | Puddle of Mudd | She Hates Me | Come Clean | 301-465 |
| Warner Bros. Records Inc. | The Used | Blue And Yellow | The Used | 314-399 |
| SONY BMG MUSIC ENTERTAINMENT | Journey | Open Arms | Escape | 30-088 |

AO 121 (6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION  ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Northern District of California |
|---|---|
| DOCKET NO. | DATE FILED | |

| PLAINTIFF<br>ELEKTRA ENTERTAINMENT GROUP INC.; BMG MUSIC; CAPITOL RECORDS, INC.; MOTOWN RECORD COMPANY, L.P.; SONY BMG MUSIC ENTERTAINMENT; INTERSCOPE RECORDS; and WARNER BROS. RECORDS INC. | DEFENDANT<br>JOHN DOE |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 3 – Upon termination of action, mail this copy to Register of Copyrights.

# EXHIBIT A

# JOHN DOE

**IP Address:** 207.62.146.210 2007-04-22 21:19:05 EDT

**CASE ID#** 126428557

**P2P Network:** Gnutella

**Total Audio Files:** 277

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Eagles | Hotel California | Hotel California | N38950 |
| BMG Music | Foo Fighters | Learn To Fly | There Is Nothing Left To Lose | 285-034 |
| Capitol Records, Inc. | Everclear | Wonderful | Songs from an American Movie - Vol. 1, Learning How to Smile | 284-811 |
| Motown Record Company, L.P. | Rick James | Super Freak | Street Songs | 25-800 |
| Capitol Records, Inc. | Everclear | Father of Mine | So Much for the Afterglow | 181-328 |
| SONY BMG MUSIC ENTERTAINMENT | Journey | Faithfully | Frontiers | 43-223 |
| Capitol Records, Inc. | Pink Floyd | Comfortably Numb | The Wall | 14-787 |
| Interscope Records | Puddle of Mudd | She Hates Me | Come Clean | 301-465 |
| Warner Bros. Records Inc. | The Used | Blue And Yellow | The Used | 314-399 |
| SONY BMG MUSIC ENTERTAINMENT | Journey | Open Arms | Escape | 30-088 |

AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION   ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Northern District of California | |
|---|---|---|
| DOCKET NO. | DATE FILED | |
| **PLAINTIFF**<br>ELEKTRA ENTERTAINMENT GROUP INC.; BMG MUSIC; CAPITOL RECORDS, INC.; MOTOWN RECORD COMPANY, L.P.; SONY BMG MUSIC ENTERTAINMENT; INTERSCOPE RECORDS; and WARNER BROS. RECORDS INC. | | **DEFENDANT**<br>JOHN DOE |
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | <u>See</u> Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 4 – In the event of an appeal, forward this copy to the Appellate Court so they can prepare a new AO 279 for the appeal.

## EXHIBIT A

## JOHN DOE

**IP Address:** 207.62.146.210 2007-04-22 21:19:05 EDT           **CASE ID#** 126428557

**P2P Network:** Gnutella                                       **Total Audio Files:** 277

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Eagles | Hotel California | Hotel California | N38950 |
| BMG Music | Foo Fighters | Learn To Fly | There Is Nothing Left To Lose | 285-034 |
| Capitol Records, Inc. | Everclear | Wonderful | Songs from an American Movie - Vol. 1, Learning How to Smile | 284-811 |
| Motown Record Company, L.P. | Rick James | Super Freak | Street Songs | 25-800 |
| Capitol Records, Inc. | Everclear | Father of Mine | So Much for the Afterglow | 181-328 |
| SONY BMG MUSIC ENTERTAINMENT | Journey | Faithfully | Frontiers | 43-223 |
| Capitol Records, Inc. | Pink Floyd | Comfortably Numb | The Wall | 14-787 |
| Interscope Records | Puddle of Mudd | She Hates Me | Come Clean | 301-465 |
| Warner Bros. Records Inc. | The Used | Blue And Yellow | The Used | 314-399 |
| SONY BMG MUSIC ENTERTAINMENT | Journey | Open Arms | Escape | 30-088 |

AO 121 (6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION   ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Northern District of California |
|---|---|
| DOCKET NO. | DATE FILED |

| PLAINTIFF<br>ELEKTRA ENTERTAINMENT GROUP INC.; BMG MUSIC; CAPITOL RECORDS, INC.; MOTOWN RECORD COMPANY, L.P.; SONY BMG MUSIC ENTERTAINMENT; INTERSCOPE RECORDS; and WARNER BROS. RECORDS INC. | DEFENDANT<br>JOHN DOE |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 5 – Case file copy.

# EXHIBIT A

## JOHN DOE

**IP Address:** 207.62.146.210 2007-04-22 21:19:05 EDT          **CASE ID#** 126428557

**P2P Network:** Gnutella                                        **Total Audio Files:** 277

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Eagles | Hotel California | Hotel California | N38950 |
| BMG Music | Foo Fighters | Learn To Fly | There Is Nothing Left To Lose | 285-034 |
| Capitol Records, Inc. | Everclear | Wonderful | Songs from an American Movie - Vol. 1, Learning How to Smile | 284-811 |
| Motown Record Company, L.P. | Rick James | Super Freak | Street Songs | 25-800 |
| Capitol Records, Inc. | Everclear | Father of Mine | So Much for the Afterglow | 181-328 |
| SONY BMG MUSIC ENTERTAINMENT | Journey | Faithfully | Frontiers | 43-223 |
| Capitol Records, Inc. | Pink Floyd | Comfortably Numb | The Wall | 14-787 |
| Interscope Records | Puddle of Mudd | She Hates Me | Come Clean | 301-465 |
| Warner Bros. Records Inc. | The Used | Blue And Yellow | The Used | 314-399 |
| SONY BMG MUSIC ENTERTAINMENT | Journey | Open Arms | Escape | 30-088 |