UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELEKTRA ENTERTAINMENT GROUP, INC., et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>JOHN DOE,<br><br>    Defendant. | No. C 07-4863 BZ<br><br>**ORDER GRANTING *EX PARTE* APPLICATION TO TAKE IMMEDIATE DISCOVERY** |

Upon the plaintiffs' Ex Parte Application for Leave to Take Immediate Discovery, the Declaration of Carlos Linares, and the accompanying Memorandum of Law, **IT IS HEREBY ORDERED** that plaintiffs may serve immediate discovery on California State University, Monterey Bay to obtain the identity of Defendant John Doe by serving a Rule 45 subpoena that seeks documents that identify Defendant John Doe whose Internet Protocol Address has been identified as 207.62.146.210 2007-4-22 21:19:05 EDT (*see* Exhibit A), including the name, current (and permanent) address and telephone number, e-mail address, and Media Access Control address.

    **IT IS FURTHER ORDERED** that any information disclosed to

1 | Plaintiffs in response to the Rule 45 subpoena may be used by
2 | plaintiffs solely for the purpose of protecting plaintiffs'
3 | rights under the Copyright Act.
4 |
5 | Dated:   October 2, 2007
6 |
7 |
8 | _____
  | Bernard Zimmerman
  | United States Magistrate Judge
9 |
10 | G:\BZALL\-BZCASES\Elektra v. John Doe\order granting ex parte application.wpd

## EXHIBIT A

## JOHN DOE

**IP Address:** 207.62.146.210 2007-04-22 21:19:05 EDT       **CASE ID#** 126428557

**P2P Network:** Gnutella                                    **Total Audio Files:** 277

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Eagles | Hotel California | Hotel California | N38950 |
| BMG Music | Foo Fighters | Learn To Fly | There Is Nothing Left To Lose | 285-034 |
| Capitol Records, Inc. | Everclear | Wonderful | Songs from an American Movie - Vol. 1, Learning How to Smile | 284-811 |
| Motown Record Company, L.P. | Rick James | Super Freak | Street Songs | 25-800 |
| Capitol Records, Inc. | Everclear | Father of Mine | So Much for the Afterglow | 181-328 |
| SONY BMG MUSIC ENTERTAINMENT | Journey | Faithfully | Frontiers | 43-223 |
| Capitol Records, Inc. | Pink Floyd | Comfortably Numb | The Wall | 14-787 |
| Interscope Records | Puddle of Mudd | She Hates Me | Come Clean | 301-465 |
| Warner Bros. Records Inc. | The Used | Blue And Yellow | The Used | 314-399 |
| SONY BMG MUSIC ENTERTAINMENT | Journey | Open Arms | Escape | 30-088 |