Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:   (415) 268-2000
Facsimile:    (415) 268-1999
Email:          matt.jaksa@hro.com

Attorneys for Plaintiffs,
ELEKTRA ENTERTAINMENT GROUP INC.; BMG MUSIC; CAPITOL RECORDS, INC.; MOTOWN RECORD COMPANY, L.P.; SONY BMG MUSIC ENTERTAINMENT; INTERSCOPE RECORDS; and WARNER BROS. RECORDS INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; BMG MUSIC, a New York general partnership; CAPITOL RECORDS, INC., a Delaware corporation; MOTOWN RECORD COMPANY, L.P., a California limited partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; INTERSCOPE RECORDS, a California general partnership; and WARNER BROS. RECORDS INC., a Delaware corporation,<br>　　　　　　　Plaintiffs,<br>　　v.<br>JOHN DOE,<br>　　　　　　　Defendant. | CASE NO. 3:07-CV-04863-BZ<br><br>**Honorable Bernard Zimmerman**<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

1  Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs ELEKTRA ENTERTAINMENT
2  GROUP, INC., *et al.*, by and through their attorneys, voluntarily dismiss without prejudice their
3  copyright infringement claims against Defendant John Doe, also identified as ID #126428557 with
4  IP address 207.62.146.210 2007-04-22 21:19:05 EDT, each party to bear its/his own fees and costs.
5  The Clerk of Court is respectfully requested to close this case.

7  Dated: January 9, 2009                              HOLME ROBERTS & OWEN LLP

                                                      By: _____*/s/ Matthew Franklin Jaksa*_____
                                                         MATTHEW FRANKLIN JAKSA
                                                         Attorney for Plaintiffs
                                                         ELEKTRA ENTERTAINMENT GROUP INC.;
                                                         BMG MUSIC; CAPITOL RECORDS, INC.;
                                                         MOTOWN RECORD COMPANY, L.P.; SONY
                                                         BMG MUSIC ENTERTAINMENT; INTERSCOPE
                                                         RECORDS; and WARNER BROS. RECORDS INC.

NOTICE OF DISMISSAL WITHOUT PREJUDICE
Case No. 3:07-CV-04863-BZ
#34766 v1

**PROOF OF SERVICE**

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the office of Holme Roberts & Owen in San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 560 Mission Street, 25th Floor, San Francisco, CA 94105.

On January 9, 2008, I served the foregoing documents described as:

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

**Todd Norris
4336 Galewood Way
Carmichael, CA 95608**

☒  BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒  (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 9, 2008 at San Francisco, California.

*/s/ Della Grant*
Della Grant